Same case below, 394 Fed. Appx. 428.

**No. 10-9363. Rene Zavala, Petitioner v. United States.**

563 U.S. 927, 131 S. Ct. 1839, 179 L. Ed. 2d 792, 2011 U.S. LEXIS 2660.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9367. John Nance, Petitioner v. United States.**

563 U.S. 928, 131 S. Ct. 1839, 179 L. Ed. 2d 792, 2011 U.S. LEXIS 2793.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 392 Fed. Appx. 589.

**No. 10-9372. Eduardo Martinez-Bautista, Petitioner v. United States.**

563 U.S. 928, 131 S. Ct. 1839, 179 L. Ed. 2d 792, 2011 U.S. LEXIS 2805.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 404 Fed. Appx. 738.

**No. 10-9375. Bruce Heyward, Petitioner v. United States.**

563 U.S. 928, 131 S. Ct. 1839, 179 L. Ed. 2d 792, 2011 U.S. LEXIS 2777.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-9380. Dwain Williams, Petitioner v. United States.**

563 U.S. 928, 131 S. Ct. 1840, 179 L. Ed. 2d 792, 2011 U.S. LEXIS 2701.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 403 Fed. Appx. 707.

**No. 10-9383. Amir Karim Beigali, Petitioner v. United States.**

563 U.S. 928, 131 S. Ct. 1840, 179 L. Ed. 2d 792, 2011 U.S. LEXIS 2780.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 405 Fed. Appx. 7.

**No. 10-9387. Eduardo Forey-Quintero, Petitioner v. United States.**

563 U.S. 928, 131 S. Ct. 1840, 179 L. Ed. 2d 792, 2011 U.S. LEXIS 2808.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 626 F.3d 1323.

**No. 10-9388. Alfred J. Gant, Petitioner v. United States.**

563 U.S. 928, 131 S. Ct. 1840, 179 L. Ed. 2d 792, 2011 U.S. LEXIS 2723.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 627 F.3d 677.